IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARY KELLEY,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 12-0554-CG-N ) |
| **WAL-MART STORES EAST, LP,** d/b/a **WAL-MART STORE #4333,** et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 1, 2013, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that the motions to dismiss  (docs. 26-27, 28-29, 32-33, 56-57) filed respectively by the individual defendants, David Wyman, Shane Maxwell, Bobbie Smith, and Stacy Sutton, are hereby **GRANTED** and plaintiff's Complaint against these defendants is hereby **DISMISSED**.

**DONE and ORDERED** this 22nd day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE